# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NERY NAUN TURSIO-GALEA,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Christine M. Arguello, United States District Judge, on April 28, 2015, it is hereby

    ORDERED that Defendant Nery Naun Tursio-Galea is sentenced to **TIME SERVED.**

    Dated: April 28, 2015

BY THE COURT:

Christine M. Arguello
United States District Judge